IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

MYRA RUTH REED

                      DEBTOR.              CASE NO. : 09-50379-LMK
                                              Chapter 11

_____/

## **NOTICE OF APPEARANCE**

COMES NOW, LINDA A. HOFFMAN, of the law firm of CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX, LLC, and enters her appearance as counsel for Claimant, ANNABELLAS ASSET MANAGEMENT, LLC, in the above-referenced bankruptcy proceedings. The undersigned counsel requests that she be served with copies of all pleadings, notices and motions filed in this case and, further, that her name be affixed to the mailing matrix in this file.

Dated this 10th day of June, 2009.

                                       CARVER, DARDEN, KORETZKY, TESSIER, FINN,
                                       BLOSSMAN & AREAUX, LLC

                                       *Linda A Hoffman*

                                       Linda A. Hoffman,
                                         Florida Bar No.: 0500800
                                         Robert S. Rushing
                                         Florida Bar No: 0013946
                                         1300 W. Main Street
                                         Pensacola, Florida 32502
                                         Telephone: (850) 266-2300
                                         hoffman@carverdarden.com
                                         Attorneys for ANNABELLAS
                                         ASSET MANAGEMENT, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been provided to Mark Freund, Esq., of Igler & Dougherty, PA, 500 North Westshore Blvd., Suite 1010, Tampa, FL 33609 and to the U. S. Trustee, U. S. Bankruptcy Court, 110 East Park Avenue, Suite 128, Tallahassee, FL, 32301 via the CM/ECF electronic court system and also via U. S. Mail this 10th day of June, 2009.

CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX, LLC

Linda A. Hoffman,
Florida Bar No.: 0500800
Robert S. Rushing
Florida Bar No: 0013946
1300 W. Main Street
Pensacola, Florida 32502
Telephone: (850) 266-2300
hoffman@carverdarden.com
Attorneys for ANNABELLAS
ASSET MANAGEMENT, LLC