IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTRHERN DISTRICT OF FLORIDA

In re:                                          CASE NO. 2009-50379-LMK

MYRA REED,

   Debtor.                                       Chapter 11

_____/

### DEBTOR'S LIST OF 20 LARGEST UNSECURED CREDITORS

Debtor, Myra Reed ("Debtor"), hereby files and serves this as her List of 20 Largest unsecured Creditors, and says:

1.    Annabellas Asset Management, LLC
   c/o Linda A. Hoffman, Esq.
   Carver, Darden
   1300 West Main Street
   Pensacola, Florida 32502

   Annabellas Asset Management, LLC
   2300 East Pass Road
   Gulfport, Mississippi 39507

   Annabellas Asset Management, LLC
   Attn: Mr. William L. Brumfield
   Managing Member
   P. O. Box 1380
   Ocean Springs, Mississippi 39566

   Annabellas Asset Management, LLC
   Attn: Mr. Steve Abdo
   Managing Member
   Biloxi, Mississippi 39532

2.    Segers, Sowell, Stewart, Johnson & Brill
   Certified Public Accountants
   Attn: Mr. Jerry Sowell
   626 Luverne Avenue
   Panama City, Florida 32402

   Segers, Sowell, Stewart, Johnson & Brill

        Certified Public Accountants
        P. O. Box 2346
        Panama City, Florida 32402

3,      American Express Company
        P. O. Box 297814
        Fort Lauderdale, Florida 33329-7814

        American Express Company
        P. O. Box 650448
        Dallas, Texas 75265-0448

3.      1 Bay Ponte West Property Owners Association
        P. O. Box 28441
        Panama City, Florida 32411-8441

4.      Bay Pointe Waterfront & Canal Property Owners Association
        P. O. Box 27089
        Panama City, Florida 32411-7089

Dated:  June 15, 2009.

      I, Myra Reed, hereby verify that the above named creditors comprise the List of my 20 Largest Unsecured Creditors to be best of my knowledge.


                                /S/ Myra Reed
                                _____
                                Myra Reed
                                Debtor



                                Igler & Dougherty, P.A.


                                /S/ Mark Freund
                                _____
                                Mark Freund
                                Florida Bar No. 314625
                                Igler & Dougherty, P.A.
                                Suite 1010
                                500 North Westshore Blvd.
                                Tampa, Florida 33609

                                T: 813-289-1020

F: 813-289-1070

mf@idlaw.biz

CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT I have electronically filed the above referenced document with the Clerk, United States Bankruptcy Court for the Northern District of Florida, on this 15th day of June, 2009, and, within three (3) business day of this filing, the Bankruptcy Notification Center will furnish by electronic means or by U.S. Mail, postage prepaid, to all parties.

/S/  Mark Freund

_____

Mark Freund