IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:  MYRA RUTH REED

Debtor.  CASE NO. 09-50379-LMK
Chapter 11

---

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney hereby enters her notice of appearance on behalf of creditor, TRUSTMARK NATIONAL BANK, and requests the Clerk of this Court to add her name and address to the master list of creditors and any official service list for purposes of receiving notices and pleadings pursuant to Federal Rules of Bankruptcy Procedure 9010(b) and 2002, as follows:

> Holly Melzer, Esq.
> BARRON, REDDING, HUGHES,
> FITE, SANBORN & KIEHN, P.A.
> P.O. Box 2467
> Panama City, FL 32402

This request encompasses all notices, copies, and pleadings contemplated by or referred to in Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile or other means, which affect or seek to affect this case.

1

DATED this 23rd day of July, 2009.

> BARRON, REDDING, HUGHES,
> FITE, SANBORN & KIEHN, P.A.
>
> _____
> Holly Melzer
> Fla. Bar #0036251
> P. O. Box 2467
> Panama City, Florida 32402
> Telephone Number: 850-785-7454
> Facsimile Number: 850-785-2999
> Email address: hmelzer@barronredding.com
> ATTORNEY FOR TRUSTMARK BANK

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Mark Freund, Esq.; Linda A. Hoffman, Esq., and the U.S. Trustee for Bankruptcy Court, via the court's electronic mailing system and all other addressees listed on the court's electronic mailing matrix on this 23rd day of July, 2009.

_____
Holly Melzer

2