IN THE UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:   CASE NO. 2009-50379-LMK

MYRA REED,

    Debtor.   Chapter 11

_____/

## MOTION BY DEBTOR TO APPOINT AND EMPLOY REAL ESTATE APPRAISER FOR DEBTOR IN POSSESSION

In accordance with 11 U.S.C. §§ 327 and 330, debtor, Myra Reed ("Debtor"), moves the Court to enter an Order authorizing the Debtor to employ the real estate appraisal firm of Chandler & Associates, Inc., and Randy Chandler as a real estate appraiser for the Debtor, and, as grounds for this motion, says:

1. The Debtor requires real estate appraisal services and assistance with respect to her objections to the Proof of Claim filed by Annabella's Asset Management, LLC. In connection with the Debtor's objection to the Proof of Claim filed by Annabella's Asset Management, LLC, the Debtor needs to be prepared to offer expert testimony by a qualified real estate appraiser. This Court has scheduled a preliminary hearing on the Debtor's Objection to the Proof of Claim filed by Annabella's Asset Management, LLC, in which Annabella's Asset Management, LLC, asserts that the Debtor is indebted to Annabella's Asset Management, LLC, for approximately $6,300,000.00. The Debtor disputes this assertion. The Court's determination of the amount of the deficiency, if any, for which the Debtor may be liable to Annabella's Asset Management, LLC, will largely determine whether the Debtor is or is not able to successfully reorganize her financial life under Chapter 11.

2. The name of the appraisal firm to be employed is Chandler & Associates, Inc., and the principal appraiser employed by said firm to provide appraisal services to and for the benefit of the Debtor is Randy Chandler.

3. The reasons for the selection of Chandler & Associates, Inc., are: Randy Chandler is a Florida Real Appraiser licensed by the Florida Department of Business and Professional Regulation to provide appraisal services throughout Florida, is a long time real estate appraiser in Bay County, Florida, and has been accepted as an expert witness as a real estate appraiser by numerous state and Federal courts in connection with the

determination of real estate values arising in litigation. Mr. Chandler has also performed numerous appraisals for financial institutions in the Bay County, Florida, area for many years, and by training and experienced is an expert in the field of real estate appraisal in Bay County, Florida. Mr. Chandler is a Member of the Appraisal Institute.

4. Chandler & Associates, Inc., including Randy Chandler, is not an insider of the Debtor and has no interest or claim against the Debtor or in any property of the Debtor. No officer, director, or employee of Chandler & Associates, Inc., is related to the Debtor by blood or marriage, and Chandler & Associates, Inc., and Randy Chandler have never been associated with the Debtor in any business or enterprise as a co-owner, shareholder, or partner. The Debtor is not indebted to Chandler & Associates, Inc., including Randy Chandler, as a creditor, and Chandler & Associates, Inc., and Randy Chandler are not indebted to the Debtor for any reason.

5. The proposed compensation to be paid by the Debtor to Chandler & Associates, Inc., is $10,000.00. Said sum to be paid by the Debtor in advance of the work to be performed by Chandler & Associates, Inc. For this compensation, Chandler & Associates, Inc., shall provide written appraisal reports of the fair market value of the real estate sold at foreclosure in the case styled, Annabella's Asset Management, LLC v. Annabella's, LLC, et al, Case No. 2007-CA-4044, Circuit Court of Bay County, Florida, and provide expert testimony at hearings in connection with the Debtor's Objection to the Proof of Claim by Annabella's Asset Management, LLC.

6.
WHEREFORE, the Debtor applies to the Court for the entry of an Order approving the employment of Chandler & Associates, Inc., and Randy Chandler as real estate appraiser as set forth herein.

                                      Igler & Dougherty, P.A.

                                      /S/ Mark Freund

                                      Mark Freund
                                      Florida Bar No. 314625
                                      Igler & Dougherty, P.A.
                                      Suite 1010
                                      500 North Westshore Blvd.
                                      Tampa, Florida 33609

T: 813-289-1020
F: 813-289-1070

mf@idlaw.biz

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT I have electronically filed the above referenced document with the Clerk, United States Bankruptcy Court for the Northern District of Florida, on this 12th day of August, 2009, and, within three (3) business day of this filing, the Bankruptcy Notification Center will furnish by electronic means or by U.S. Mail, postage prepaid, to all parties.

/S/ Mark Freund
_____
Mark Freund

## Exhibit A

### VERIFIED STATEMENT

STATE OF FLORIDA
COUNTY OF BAY

    BEFORE ME, the undersigned authority, personally appeared Randy Chandler, who [ ] is personally known to me or [✓] produced the following for identification: Florida Driver's License C534-723-51-451, and, being by me first duly sworn, deposes and says:

1. I am over the age of 18 years and under no legal disability. I have personal knowledge of the matters stated herein.

2. I am a Real Estate Appraiser who has been licensed by the State of Florida Department of Business and Professional Regulation to perform real estate appraisals in the State of Florida since _____. Since _____, I have performed numerous appraisals of real estate for financial institutions, businesses and individuals in Bay County, Florida. I have been accepted by state and federal courts as an expert witness with regard to testimony about the fair market value on numerous times since I have been licensed as a Florida Real Estate Appraiser. I am a member of the Appraisal Instititue.

7. The firm of Chandler & Associates, Inc., including me, is not an insider of the Myra Reed, and no principal, or employee of Chandler & Associates, Inc., is related by blood or marriage to Myra Reed and no principal or employee of Chandler & Associates, Inc. is or has been engaged in any business relationship with Myra Reed as a co-owner, partner, shareholder, or member of any limited liability company. Chandler & Associates, Inc., is not a creditor of Myra Reed, and has not been engaged in any business, enterprise or venture with Myra Reed as a shareholder, principal, partner or co-owner.

                                                      _____
                                                       Randy Chandler

Sworn to and subscribed before me on this 13th day of August, 2009.



_____
Notary Public
My commission expires:

April 6, 2010

4